**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DEANA M. PICKETT N/B/M DEANA M. FEY, | : | No. 279 MAL 2022 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL L. PICKETT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.